IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VICTOR WALTHOUR, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| MARK A. KEARNEY, | : | NO. 17-4951 |
| Defendant. | : | |

### ORDER

AND NOW, this 9th day of November, 2017, upon consideration of plaintiff's motion to proceed *in forma pauperis* and his *pro se* complaint, it is ORDERED that:

1. Leave to proceed *in forma pauperis* is GRANTED.

2. The complaint is DISMISSED as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) for the reasons discussed in the Court's memorandum. The Court certifies that any appeal from this order would be frivolous.

3. The Clerk of Court shall CLOSE this case.

BY THE COURT:

*Joel Slomsky*
JOEL H. SLOMSKY, J.